UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Victoria Jacobs (Estate of), 1:17-cv-2815; Katrina Glaude, 1:17-cv-4498; Kerry Jessen, 1:17-cv-4316; Robin Newhouse, 1:18-cv-1662 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**SECOND ORDER ON THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT IN 46 MISCHARACTERIZED NO INJURY CASES**

The Cook Defendants' Motion for Summary Judgment in 46 Mischaracterized No Injury Cases (Filing No. 11923) is **DENIED WITHOUT PREJUDICE** as to the four remaining cases subject to this motion: Victoria Jacobs (Estate of), 1:17-cv-2815; Katrina Glaude, 1:17-cv-4498; Kerry Jessen, 1:17-cv-4316; Robin Newhouse, 1:18-cv-1662.

**SO ORDERED** this 15th day of January 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.